UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lyle M. Heyward,  Case No. 3:19-cv-2499

    Plaintiff,

v.  JUDGMENT ENTRY

Heather Cooper, *et al.*,

    Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny the motion of *pro se* Plaintiff Lyle M. Heyward for injunctive relief, (Doc. No. 24), and grant the motion of Interested party the State of Ohio to dismiss all remaining claims asserted by Heyward. (Doc. No. 21).

So Ordered.

                                            s/ Jeffrey J. Helmick
                                            United States District Judge