IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
SEP 06 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

L. M. HEYWARD, pro se
    Plaintiff

  v.

HEATHER COOPER, ET. al
(In Their Individual Capacities)
    Defendants

Case No. 3:19-cv-2499

## NOTICE OF APPEAL

**Notice is hereby given that L. M. Heyward,** pro se Plaintiff in the above-entitled matter, appeals to the United States Court of Appeals, from the final judgment in thisb action on August 11th, 2022. Due to ongoing obstruction and retaliatory based tampering of Plaintiff's legal mail by agents of the Defendants at the North Central Correctional Complex, Plaintiff did not receive said final judgment until August 29th, 2022.

August 30th, 2022

X _____
L. M. HEYWARD, #A252-187
North Central Correctional Complex
P.O. Box 1812
Marion, Ohio
    43302

## PROOF/CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. Section 1746, I the undersigned do hereby certify under penalty of perjury that this Notice of Appeal was sent, via U.S. Postal Mail, postage prepaid, to The United States District Court, 1716 Spielbusch Avenue, Toledo Ohio 43604-5385, by placing it in an embossed envelope, properly addressed, and then placing it in the Prisoner's out-going mail box at the North Central Correctional Complex (NCCC), on this 30th day of AUGUST, 2022.

X _____
L. M. HEYWARD